# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 60 WM 2018 |
| | : | |
| Respondent | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| KENNETH A. SENOSKI, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 3rd day of August, 2018, the Application for Leave to File Original Process is GRANTED.  The Petition for Writ of Mandamus, Request for Appointment of Counsel, and Request for Leave to Allow New Document are DENIED.

    Justice Wecht did not participate in the consideration or decision of this matter.